Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Frances Brengan

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

FRANCES BRENGAN,

        Plaintiff,

        No. 2:22-cv-02208-AC

-V-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------

**~~PROPOSED~~ ORDER**

     Before the Court is the Motion of Plaintiff, Frances Brengan, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until June 15, 2023, to file her Motion for Summary Judgment.  Accordingly, Defendant's deadline to file her responsive brief is extended to July 17, 2023.  Plaintiff's deadline to file a reply brief, if any, is extended to July 31, 2023.

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED this 25th day of April, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE