PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHANNON FISHEL, GSBN 376604
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel.: (212) 264-0534
    Email: Shannon.Fishel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES BRENGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:22-cv-2208-AC<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

The Commissioner respectfully requests that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 17, 2023, up to and including August 16, 2023. This is the Defendant's first request for an extension. Plaintiff previously received an extension of time for his brief. *See* ECF Doc. 13. Defendant requests this extension because she needs additional time to ensure that she can properly consider the lengthy record and Plaintiff's arguments and to determine whether possibilities for settlement exist. Since Plaintiff filed his motion on June 8, 2023, the undersigned counsel for Defendant has had deadlines in six district court cases and one circuit court case, along with three district court oral arguments. Additionally, the undersigned counsel for Defendant has taken several days of leave to attend to family matters.

The undersigned counsel respectfully apologizes to the Court for the short notice given by this motion. She mis-calendared the due date for the brief and only realized the mistake today. Although she contacted Plaintiff's counsel to seek a stipulation for the extension of time, counsel has not yet responded. The undersigned counsel will continue to follow up with Plaintiff's counsel and update the Court regarding counsel's position.

Respectfully submitted,

Dated: July 17, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ Shannon Fishel
SHANNON FISHEL
Special Assistant U.S. Attorney
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the Defendant's motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 16, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: July 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE