STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Frances Louise Brengan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANCES LOUISE BRENGAN,

       Plaintiff,  CASE NO.: 2:22-CV-02208-AC

  -v-

MARTIN O'MALLEY, Commissioner
of Social Security,

     Defendant.

### ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE   EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

  Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the pleadings as well as the position of Defendant Commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

  IT IS HEREBY ORDERED that **attorney fees** in the amount of Thirteen Thousand Four Hundred One Dollars and Thirty-Nine Cents ($13,401.39) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

1    If Plainriff has no federal debt subject to offset, payment shall be delivered

2  electronically or by mail to the business address of Plaintiff's counsel at Olinsky

3  Law Group, 250 S. Clinton St., Ste. 210, Syracuse, NY 13202.

4  So ordered.

5  Date: May 13, 2024

6  _____
   ALLISON CLAIRE

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-